This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-37985**

**JESSICA STORM,**

Petitioner-Appellant,

v.

**ROGER SIMPSON,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**Daniel A. Bryant, District Judge**

Center of Protective Environment
Michael H. Keedy
Alamogordo, NM

for Appellant

Roger Simpson
Alto, NM

Pro Se Appellee

### MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}** Petitioner appeals from a district court order adopting the findings and conclusions of a domestic violence hearing officer and ordering restitution. The amount of restitution was based on evidence that was challenged by Petitioner as inadmissible. We issued a calendar notice proposing to reverse on the evidence (restitution) issue, and to affirm on all other issues. Petitioner has responded with a memorandum in which she supports our proposed partial reversal, and concedes affirmance on the remaining issues. Respondent has not filed a memorandum in opposition, and the time

for doing so has expired. Accordingly, we reverse the district court order insofar as it relied on the medical bills, and we affirm in all other respects.

**{2}    IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**KRISTINA BOGARDUS, Judge**